

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| MICHAEL MIKHAEL GERGES, | § | No. 08-19-00006-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 322nd District Court |
| JENNIFER ELAINE GERGES, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 322-625953-17) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the judgment finding that there was a risk of international abduction, and in imposing international abduction prevention measures. We therefore modify the trial court's Final Decree of Divorce to dissolve that portion of the judgment. We overrule Appellant's other issues and affirm the trial court's judgment as so modified. We further order that Appellee recover from Appellant and his sureties, if any, all costs incurred in this Court. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF FEBRUARY, 2020.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.